MRS. ELLEN ROBERTS V. THE STATE.

No. 9959.   Delivered February 3, 1926.

**Aggravated Assault—Death of Appellant—Appeal Abated.**

It being shown to this court by affidavit, that since this appeal was perfected the appellant has died, it is therefore ordered that the appeal be abated.

Appeal from the District Court of Wood County. Tried below before the Hon. J. R. Warren, Judge.

Appeal from a conviction of an aggravated assault, penalty a fine of $100.00 and 30 days in the county jail.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

The conviction was for an aggravated assault with punishment fixed at 30 days' confinement in the county jail and a fine of $100.00.

Proper showing is made to this court by affidavit that since the appeal was perfected appellant has died.

It is therefore ordered that the appeal be abated.

*Appeal abated.*